**Order entered January 9, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00520-CR

**JOSEPH MICHAEL MARRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-84582-2018**

### ORDER

Before the Court is appellant's January 5, 2023, third motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **FEBRUARY 6, 2023**. If appellant fails to file his brief by February 6, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ERIN A. NOWELL
           JUSTICE